ADRIENE PLESCIA LYNCH (State Bar No. 259100)
**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile: (213) 576-1100
Email: adriene.lynch@alston.com

ANDREW BENJAMIN KAY (DC Bar No. 463912) *(admitted pro hac vice)*
KELLEY CONNOLLY BARNABY (DC Bar No. 998757) *(admitted pro hac vice)*
**ALSTON & BIRD LLP**
The Atlantic Building
950 F Street, NW
Washington, DC  20004
Telephone: (202) 239-3300
Facsimile: (202) 239-3333
Email: andrew.kay@alston.com
Email: kelley.barnaby@alston.com

Attorneys for Plaintiff
**APHENA PHARMA SOLUTIONS – MARYLAND, LLC**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| APHENA PHARMA SOLUTIONS - MARYLAND, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BIOZONE LABORATORIES, INC., et al.,<br><br>    Defendants. | Case No.:  3:12-cv-06292 SC<br><br>Honorable Samuel Conti<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS PURSUANT TO CIVIL L.R. 16-8 and ADR L.R. 3-5** |

**TO THE HONORABLE SAMUEL CONTI:**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

> **Court Processes**:
>
> _____   Non-binding Arbitration (ADR L.R. 4)
>
> _____   Early Neutral Evaluation (ENE) (ADR L.R. 5)
>
> _____   Mediation (ADR L.R. 6)

(*Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5.*)

> **Private Process**:
>
> \_\_X\_\_   Private ADR (please identify process and provider)

The parties have agreed in principle to appear before a private mediator, but have not yet agreed on a particular mediator. The parties are continuing to work together to finalize their agreement and to identify a mediator with availability and the requisite experience.

> **The parties agree to hold the ADR session by**:
>
> \_\_\_X\_\_   the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered*.)
>
> _____   other requested deadline of _____, 2013.

Respectfully submitted,

DATED: March 1, 2013

ANDREW BENJAMIN KAY
KELLEY CONNOLLY BARNABY
ADRIENE PLESCIA LYNCH
**ALSTON & BIRD LLP**

/s/ Adriene Plescia Lynch
Adriene Plescia Lynch

Attorney for Plaintiff
Aphena Pharma Solutions-Maryland, LLC

DATED: March 1, 2013

RICHARD WILLIAMS
**GRAY DUFFY, LLP**

/s/ Richard Williams
Richard Williams

Attorney for Defendant Daniel Fisher

DATED: March 1, 2013

ROBERT WALLACE
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

/s/ Robert Wallace
Robert Wallace

Attorney for Defendants BioZone Laboratories, Inc. and BioZone Pharmaceuticals, Inc.

**[PROPOSED] ORDER**

__X__ The parties' stipulation is adopted and IT IS SO ORDERED.

_____ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

DATED: 03/04/2013

SAMUEL CONTI